

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2022-09-02

Melinda Balsano
**Gulf Intermodal Services, LLC**
1305 Schilling Blvd W
Collierville, TN 38017 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE:  Gulf Intermodal Services, LLC**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review.  A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer:  GAUTHIER AMEDEE, APLC

### SERVICE INFORMATION

| | |
|---|---|
| Service Date: | 2022-09-02 |
| Service Time: | 9:00AM CDT |
| Service Method: | Deputy Sheriff |

### RASi REFERENCE INFORMATION

| | |
|---|---|
| Service No.: | 0225761 |
| RASi Office: | Louisiana |
| Rec. Int. Id.: | JLW |

### CASE INFORMATION

| | |
|---|---|
| Case Number: | C-722689 |
| File Date: | 08/26/2022 |
| Jurisdiction: | LOUISIANA 19TH JUDICIAL DISTRICT COURT, PARISH OF EAST BATON ROUGE |
| Case Title: | AARMON D. FENTON ET AL  VS.  GREAT WEST CASUALTY COMPANY, ET AL |

### ANSWER / APPEARANCE INFORMATION

21 days     *(Be sure to review the document(s) for any required response dates)*

### AGENCY / PLAINTIFF INFORMATION

| | |
|---|---|
| Firm/Issuing Agent: | GAUTHIER AMEDEE, APLC |
| Attorney/Contact: | LEE J. AMEDEE, III |
| Location: | Louisiana |
| Telephone No.: | 225-647-1300 |

### DOCUMENT(S) RECEIVED & ATTACHED

Summons
Petition: FOR DAMAGES

### ADDITIONAL NOTES

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission.  The transmitted documents have also been uploaded to your Corpliance account.  RASi offers additional methods of notification including Telephone Notification and FedEx Delivery.  If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*     **EXHIBIT "A"**

222

**SERVICE COPY**



D9711839

# CITATION

**AARMON D FENTON, ET AL**
(Plaintiff)

**NUMBER C-722689  "26"**

**19TH JUDICIAL DISTRICT COURT**

**VS**

**PARISH OF EAST BATON ROUGE**

**GREAT WEST CASUALTY COMPANY , ET AL**
(Defendant)

**STATE OF LOUISIANA**

TO:   GULF INTERMODAL SERVICES, LLC
THROUGH THIER AGENT FOR SERVICE OF PROCESS:
REGISTERED AGENT SOLUTIONS, INC
3867 PLAZA TOWER DRIVE, 1ST FLOOR
BATON ROUGE, LA 70816

GREETINGS:

Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.  This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 26, 2022**.



*Jere' Coates*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: AMEDEE, LEE J, III
*The following documents are attached:

PETITION FOR DAMAGES

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____, served on the above named party as follows:
PERSONAL SERVICE:  On the party herein named at _____

DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

SECRETARY OF STATE:  By tendering same to the within named, by handing same to _____.

DUE AND DILIGENT:      After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

RETURNED: Parish of East Baton Rouge, this _____ day of _____, 20_____.

RECEIVED

AUG 3 1 2022

E B R SHERIFF'S OFFICE

SERVICE:$_____
MILEAGES$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge
**CITATION-2000**

EAST BATON ROUGE PARISH
Filed Aug 25, 2022 12:05 PM
Deputy Clerk of Court

C-722689
26

AARMON D. FENTON AND
AMORE DANIELLE MINOR

SUIT NO.        DIVISION

VERSUS

19ᵀᴴ JUDICIAL DISTRICT COURT

GREAT WEST CASUALTY COMPANY,
GULF INTERMODAL SERVICES, LLC
AND/OR IMC HOLDING, LLC,
AND JEREMY PIERCE

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

<u>PETITION FOR DAMAGES</u>

The petition of **AARMON D. FENTON** and **AMORE DANIELLE MINOR**, persons of the full age of majority and domiciled in the Newton County, State of Georgia, through undersigned counsel, respectfully represents:

1.

Made defendants herein are the following:

a)   **GREAT WEST CASUALTY COMPANY**, a foreign insurer, authorized to do and doing business in the State of Louisiana, who may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809;

b)   **GULF INTERMODAL SERVICES, LLC**, a foreign limited liability company, authorized to do and doing business in the State of Louisiana, who can be served through their registered agent: Registered Agent Solutions, Inc., 3867 Plaza Tower Drive, 1ˢᵗ Floor, Baton Rouge, Louisiana 70816;

c)   **IMC HOLDING, LLC**, a foreign limited liability company, authorized to do and doing business in the State of Tennessee, who can be served through the Louisiana Long Arm Statute to their registered agent: Registered Agent Solutions, Inc., 992 Davidson Drive, Ste. B, Nashville, Tennessee 37205; and

d)   **JEREMY PIERCE**, a person of the full age of majority and a resident of Mobile County, State of Alabama, who may be served through the Louisiana Long Arm Statute at the following address: 8115 Torrey Lane, Semmes, Alabama 36575.

Page 1 of 6


Certified True and
Correct Copy
CertID: 2022082600407

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

2.

The above named defendants are liable jointly and *in solido* to petitioners for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings for the following reasons, to-wit:

3.

At all times pertinent and material hereto, **AARMON D. FENTON,** owned and was operating a 2017 Nissan Titan XD, bearing Vehicle Identification Number (VIN) 1N6BA1F28HN514906 and Georgia License plate number CSL8533. Plaintiff was pulling a 2022 Down 2 Earth Car Hauler Trailer behind his vehicle bearing Georgia License Plate number TV09Z86.

4.

Petitioner, **AMORE DANIELLE MINOR,** was a guest passenger in the 2017 Nissan Titan XD owned and being operated by **AARMON D. FENTON** at the time of the accident.

5.

On or about February 4, 2022, **AARMON D. FENTON,** was operating the above referenced 2017 Nissan Titan XD in an east-bound direction in the right lane on Interstate 12, in the Parish of St. Tammany, State of Louisiana, and traveling at all times pertinent hereto in a lawful, reasonable and prudent manner.

6.

At the time referenced in the immediately preceding paragraph, a 2013 Freightliner Cascadia, bearing Vehicle Identification Number (VIN) 1FUJGLDVXDLBBV399 displaying a Tennessee Commercial License plate number M8234HY, was traveling east-bound in the left lane on Interstate 12 in the Parish of St. Tammany, State of Louisiana.

7.

Said 2013 Freightliner Cascadia, referred to in paragraph 5, was owned by defendant, **GULF INTERMODAL SERVICES, LLC** AND/OR **IMC HOLDING, LLC,** and at all times pertinent and material hereto, was being driven and operated by defendant, **JEREMY PIERCE.**



Certified True and
Correct Copy
CertID: 2022082600407

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.

On said date and time stated above, petitioners, **AARMON D. FENTON and AMORE DANIELLE MINOR,** were proceeding eastbound in the right lane of Interstate 12. The 2013 Freightliner Cascadia being operated by defendant, **JEREMY PIERCE,** failed to slow behind traffic in the left lane causing him to rear end a vehicle directly in front of him. Defendant, suddenly and without warning, then swerved into Plaintiff's lane striking the rear end of the vehicle trailer being pulled by Petitioner, **AARMON D. FENTON,** causing a significant impact/collision between the vehicles.

9.

The collision between the vehicles was with such force and impact that it caused petitioners, **AARMON D. FENTON and AMORE DANIELLE MINOR,** to suffer severe personal injuries.

10.

To the best of petitioners' knowledge, information and belief, at the time of the collision referred to above, the defendant, **JEREMY PIERCE,** was in the course and scope of his employment with defendant, **GULF INTERMODAL SERVICES, LLC** AND/OR **IMC HOLDING, LLC;** therefore, under the theory of Respondent Superior, the defendant, **GULF INTERMODAL SERVICES, LLC** AND/OR **IMC HOLDING, LLC,** is liable for the acts of its agent/employee, **JEREMY PIERCE.**

11.

The injuries sustained by petitioners were caused by the negligence of the defendant, **JEREMY PIERCE,** in the following non-exclusive list of particulars:

a.    Failing to keep a proper lookout;

b.    Failing to keep defendant's vehicle under proper control;

c.    Failing to see what he should have seen;

d.    Driving inattentively;

e.    Failing to take proper evasive action;

f.    Failing to yield;

Page 3 of 6



Certified True and
Correct Copy
CertID: 2022082600407

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3)

g.   Other acts of negligence or fault which may be found through discovery or at trial; and,

h.   Generally, defendant's failing to act with the required degree of care commensurate with the existing driving situation.

12.

Petitioner, **AARMON D. FENTON**, as a result of the above described incident has suffered the following:

a.   Past medical expenses;

b.   Future Medical expenses;

c.   Past physical pain and suffering;

d.   Future physical pain and suffering;

e.   Past mental pain and anguish;

f.   Future Mental Pain and Anguish;

g.   Permanent physical disability;

h.   Loss of enjoyment of life;

i.   Loss wages and loss of earning capacity; and

j.   Other damages which will be shown at the trial of this matter.

13.

Petitioner, **AMORE DANIELLE MINOR**, as a result of the above described incident has suffered the following:

a.   Past medical expenses;

b.   Future Medical expenses;

c.   Past physical pain and suffering;

d.   Future physical pain and suffering;

e.   Past mental pain and anguish;

f.   Future Mental Pain and Anguish;

g.   Permanent physical disability;

h.   Loss of enjoyment of life;

i.   Loss wages and loss of earning capacity; and

Page 4 of 6



Certified True and Correct Copy
CertID: 2022082600407

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

j.      Other damages which will be shown at the trial of this matter.

14.

Petitioners aver upon information and belief that at all material times herein, **GREAT WEST CASUALTY COMPANY,** had in full force and effect a policy of liability insurance covering the vehicle operated by **JEREMY PIERCE** and owned by **GULF INTERMODAL SERVICES, LLC AND/OR IMC HOLDING, LLC.** Said policy is believed to have covered the type of injuries sustained by petitioners as a result of the collision.

15.

Petitioners allege amicable demand at no avail.

**WHEREFORE,** Petitioners, **AARMON D. FENTON** and **AMORE DANIELLE MINOR,** pray that the defendants be duly cited and served with a copy of this petition and cited to appear and answer same, and that after all legal delay and due proceedings are had, there be judgment rendered in favor of petitioners and against defendants, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest therein from the date of judicial demand until paid and for all costs of these proceedings and;

1.      In favor of petitioners, **AARMON D. FENTON** and **AMORE DANIELLE MINOR,** and against defendants, **GREAT WEST CASUALTY COMPANY, GULF INTERMODAL SERVCIES, LLC and/or IMC HOLDING, LLC, AND JEREMY PIERCE,** jointly and in solido, for such damages as are reasonable in the premises; and

2.      In favor of petitioners, **AARMON D. FENTON** and **AMORE DANIELLE MINOR,** and against defendants, **GREAT WEST CASUALTY COMPANY, GULF INTERMODAL SERVICES, LLC and/or IMC HOLDING, LLC, AND JEREMY PIERCE,** jointly and in solido, for legal interest from the date of judicial demand until paid, for all costs of these proceedings, and all other equitable and general relief.

**SIGNATURE ON FOLLOWING PAGE**

Page 5 of 6

Certified True and
Correct Copy
CertID: 2022062600407

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

RESPECTFULLY SUBMITTED:

**GAUTHIER AMEDEE, APLC**
2111 S. Burnside Avenue
Gonzales, Louisiana 70737
Telephone: (225) 647-1300
Facsimile: (225) 647-1375

ANDRÉ P. GAUTHIER, BAR ROLL #21294
LEE J. AMEDEE, III, BAR ROLL #24278

**PLEASE SERVE THE FOLLOWING:**

**GREAT WEST CASUALTY COMPANY**
*Through its Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**GULF INTERMODAL SERVICES, LLC**
*Through their Agent for Service of Process:*
Registered Agent Solutions, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, Louisiana 70816

**IMC HOLDING, LLC** *(Served via Louisiana Long Arm Service)*
*Through their Agent for Service of Process:*
Registered Agent Solutions, Inc.
992 Davidson Drive, Suite B
Nashville, Tennessee 37205-1051

**JEREMY PIERCE** *(Served via Louisiana Long Arm Service)*
8115 Torrey Lane
Semmes, AL 36575

Page 6 of  6


Certified True and
Correct Copy
CertID: 2022082600407

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

 **REGISTERED AGENT**
S O L U T I O N S   I N C

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2022-09-06

Melinda Balsano
**IMC Holding, LLC**
1305 Schilling Blvd W
Collierville, TN 38017 USA

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are
intended to be a confidential communication only to
the individual and/or entity to whom it is addressed.
If you have received this notice in error, immediately
call our SOP Department at (888) 705-7274.

**RE:  IMC Holding, LLC**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review.  A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer:  GAUTHIER AMEDEE, APLC

**SERVICE INFORMATION**

Service Date:        2022-09-06
Service Time:        11:44 AM CDT
Service Method:    Mail (Certified)

**RASi REFERENCE INFORMATION**

Service No.:        0225962
RASi Office:        Tennessee
Rec. Int. Id.:       AXS

**CASE INFORMATION**

Case Number:      C-722689
File Date:             08/26/2022
Jurisdiction:         19TH JUDICIAL DISTRICT COURT, EAST BATON ROUGE PARISH, LOUISIANA
Case Title:           AARMON D. FENTON VS. GREAT WEST CASUALTY COMPANY, ET AL.

**ANSWER / APPEARANCE INFORMATION**

30 days        *(Be sure to review the document(s)
for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

Firm/Issuing Agent:    GAUTHIER AMEDEE, APLC
Attorney/Contact:       LEE J. AMEDEE, III
Location:                    Louisiana
Telephone No.:           225-647-1300

**DOCUMENT(S) RECEIVED & ATTACHED**

Summons
Petition: FOR DAMAGES

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission.  The transmitted documents have also been uploaded to your Corpliance account.  RASi
offers additional methods of notification including Telephone Notification and FedEx Delivery.  If you would like to update your account's notification preferences, please log into your Corpliance
account at www.rasi.com.

*Thank you for your continued business!*



US POSTAGE

$008.30°

THU 01 SEP 2022

CERTIFIED MAIL

7019 0140 0001 0333 3634

GAUTHIER
AMEDEE APLC
PERSONAL INJURY LAW
2111 S. Burnside Avenue
Gonzales, LA 70737

IMC Holding, LLC
C/o Registered Agent Solutions, Inc.
992 Davidson Drive, Ste. B
Nashville, TN 37205

 **GAUTHIER AMEDEE** ᴊᴘʟᴄ
**PERSONAL INJURY LAW**

2111 S. Burnside Avenue
Gonzales, LA 70737
ᴘʜ 225-647-1700
ꜰx 225-647-1375

**GoToBat.com**

Andre P. Gauthier
Lee "Jody" Amedee III
Thomas J. Kliebert III
Landon P. Gauthier
Maci Gauthier

August 31, 2022

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**NO. 7019 0140 0001 0333 3634**

IMC Holding, LLC
C/o **Registered Agent Solutions, Inc.**
992 Davidson Drive, Ste. B
Nashville, TN 37205

RE:    **Aarmon D. Fenton, et al. Vs. Great West Casualty Company, et al.**
       **Suit No. C-722,689, Sec. 26, East Baton Rouge Parish, State of Louisiana**

Dear Ma'am/Sir:

Please be advised that IMC Holding, LLC is being sued for Damages with regard to an automobile accident that occurred on February 4, 2022 in St Tammany Parish, Louisiana.  Please follow the instructions  on the Citation attached to the Petition for Damages enclosed herein.

Should you have any questions, please do not hesitate to contact me.

With kind regards, I remain,

Very truly yours,

**GAUTHIER AMEDEE**
**A Professional Law Corporation**

Krystal Carpenter
Legal Assistant to LEE J. AMEDEE, III

kc

E:\Shared\DOC\Personal Injury\Fenton, Aarmon & Minor, Amore\Corr. - IMC Holding (08-31-22 Long Arm Service).wpd

# CITATION
### (Long Arm LSA R.S. 13:3205 et seq.)

**RECEIVED**
AUG 3 X 2022
BY: ..................

**AARMON D FENTON, ET AL**
(Plaintiff)

**VS**

**GREAT WEST CASUALTY COMPANY , ET AL**
(Defendant)

**NUMBER C-722689 "26"**

**19th JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

TO:    IMC HOLDING, LLC
      **THROUGH THIER AGENT FOR SERVICE OF PROCESS;**
      **REGISTERED AGENT SOLUTIONS, INC**

GREETINGS:

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party.  Please read the petition for information concerning any claims that may have been asserted against you.

    You are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within **30 DAYS** of the date you were served with the petition.

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court.

    This citation was issued by the Clerk of Court for East Baton Rouge Parish, on **AUGUST 26, 2022**.

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: AMEDEE, LEE J, III**
                **(225) 647-1700**

*Also attached are the following documents:
**PETITION FOR DAMAGES**

**CITATION-LONG ARM-2006**

EAST BATON ROUGE PARISH
Filed Aug 25, 2022 12:06 PM
Deputy Clerk of Court

C-722689
26

| AARMON D. FENTON AND | SUIT NO.         DIVISION |
| AMORE DANIELLE MINOR | |
| | |
| VERSUS | 19ᵀᴴ JUDICIAL DISTRICT COURT |
| | |
| GREAT WEST CASUALTY COMPANY, | PARISH OF EAST BATON ROUGE |
| GULF INTERMODAL SERVICES, LLC | |
| AND/OR IMC HOLDING, LLC, | |
| AND JEREMY PIERCE | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

The petition of **AARMON D. FENTON** and **AMORE DANIELLE MINOR**, persons of

the full age of majority and domiciled in the Newton County, State of Georgia, through undersigned

counsel, respectfully represents:

1.

Made defendants herein are the following:

a)     **GREAT WEST CASUALTY COMPANY,** a foreign insurer, authorized to do and

doing business in the State of Louisiana, who may be served through its agent for

service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton

Rouge, Louisiana 70809;

b)     **GULF INTERMODAL SERVICES, LLC,** a foreign limited liability company,

authorized to do and doing business in the State of Louisiana, who can be served

through their registered agent: Registered Agent Solutions, Inc., 3867 Plaza Tower

Drive, 1ˢᵗ Floor, Baton Rouge, Louisiana 70816;

c)     **IMC HOLDING, LLC,** a foreign limited liability company, authorized to do and

doing business in the State of Tennessee, who can be served through the Louisiana

Long Arm Statute to their registered agent: Registered Agent Solutions, Inc., 992

Davidson Drive, Ste. B, Nashville, Tennessee 37205; and

d)     **JEREMY PIERCE,** a person of the full age of majority and a resident of Mobile

County, State of Alabama, who may be served through the Louisiana Long Arm

Statute at the following address: 8115 Torrey Lane, Semmes, Alabama 36575.

Page 1 of 6



Certified True and
Correct Copy
CertID: 2022082600408

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

2.

The above named defendants are liable jointly and *in solido* to petitioners for such damages as are reasonable in the premises, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings for the following reasons, to-wit:

3.

At all times pertinent and material hereto, **AARMON D. FENTON**, owned and was operating a 2017 Nissan Titan XD, bearing Vehicle Identification Number (VIN) 1N6BA1F28HN514906 and Georgia License plate number CSL8533. Plaintiff was pulling a 2022 Down 2 Earth Car Hauler Trailer behind his vehicle bearing Georgia License Plate number TV09Z86.

4.

Petitioner, **AMORE DANIELLE MINOR**, was a guest passenger in the 2017 Nissan Titan XD owned and being operated by **AARMON D. FENTON** at the time of the accident.

5.

On or about February 4, 2022, **AARMON D. FENTON**, was operating the above referenced 2017 Nissan Titan XD in an east-bound direction in the right lane on Interstate 12, in the Parish of St. Tammany, State of Louisiana, and traveling at all times pertinent hereto in a lawful, reasonable and prudent manner.

6.

At the time referenced in the immediately preceding paragraph, a 2013 Freightliner Cascadia, bearing Vehicle Identification Number (VIN) 1FUJGLDVXDLBBV399 displaying a Tennessee Commercial License plate number M8234HY, was traveling east-bound in the left lane on Interstate 12 in the Parish of St. Tammany, State of Louisiana.

7.

Said 2013 Freightliner Cascadia, referred to in paragraph 5, was owned by defendant, **GULF INTERMODAL SERVICES, LLC** AND/OR **IMC HOLDING, LLC**, and at all times pertinent and material hereto, was being driven and operated by defendant, **JEREMY PIERCE**.



Certified True and Correct Copy
CertID: 2022082600408

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.

On said date and time stated above, petitioners, **AARMON D. FENTON and AMORE DANIELLE MINOR**, were proceeding eastbound in the right lane of Interstate 12. The 2013 Freightliner Cascadia being operated by defendant, **JEREMY PIERCE**, failed to slow behind traffic in the left lane causing him to rear end a vehicle directly in front of him. Defendant, suddenly and without warning, then swerved into Plaintiff's lane striking the rear end of the vehicle trailer being pulled by Petitioner, **AARMON D. FENTON**, causing a significant impact/collision between the vehicles.

9.

The collision between the vehicles was with such force and impact that it caused petitioners, **AARMON D. FENTON and AMORE DANIELLE MINOR**, to suffer severe personal injuries.

10.

To the best of petitioners' knowledge, information and belief, at the time of the collision referred to above, the defendant, **JEREMY PIERCE**, was in the course and scope of his employment with defendant, **GULF INTERMODAL SERVICES, LLC AND/OR IMC HOLDING, LLC**; therefore, under the theory of Respondent Superior, the defendant, **GULF INTERMODAL SERVICES, LLC AND/OR IMC HOLDING, LLC**, is liable for the acts of its agent/employee, **JEREMY PIERCE**.

11.

The injuries sustained by petitioners were caused by the negligence of the defendant, **JEREMY PIERCE**, in the following non-exclusive list of particulars:

    a.    Failing to keep a proper lookout;

    b.    Failing to keep defendant's vehicle under proper control;

    c.    Failing to see what he should have seen;

    d.    Driving inattentively;

    e.    Failing to take proper evasive action;

    f.    Failing to yield;

Page 3 of 6



Certified True and Correct Copy
CertID: 2022082600408

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

Attention and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

g.    Other acts of negligence or fault which may be found through discovery or at trial; and,

h.    Generally, defendant's failing to act with the required degree of care commensurate with the existing driving situation.

12.

Petitioner, **AARMON D. FENTON**, as a result of the above described incident has suffered the following:

a.    Past medical expenses;

b.    Future Medical expenses;

c.    Past physical pain and suffering;

d.    Future physical pain and suffering;

e.    Past mental pain and anguish;

f.    Future Mental Pain and Anguish;

g.    Permanent physical disability;

h.    Loss of enjoyment of life;

i.    Loss wages and loss of earning capacity; and

j.    Other damages which will be shown at the trial of this matter.

13.

Petitioner, **AMORE DANIELLE MINOR**, as a result of the above described incident has suffered the following:

a.    Past medical expenses;

b.    Future Medical expenses;

c.    Past physical pain and suffering;

d.    Future physical pain and suffering;

e.    Past mental pain and anguish;

f.    Future Mental Pain and Anguish;

g.    Permanent physical disability;

h.    Loss of enjoyment of life;

i.    Loss wages and loss of earning capacity; and

Page 4 of 6



Certified True and
Correct Copy
CertID: 2022082600408

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

j.    Other damages which will be shown at the trial of this matter.

14.

Petitioners aver upon information and belief that at all material times herein, **GREAT WEST CASUALTY COMPANY,** had in full force and effect a policy of liability insurance covering the vehicle operated by **JEREMY PIERCE** and owned by **GULF INTERMODAL SERVICES, LLC** AND/OR **IMC HOLDING, LLC.** Said policy is believed to have covered the type of injuries sustained by petitioners as a result of the collision.

15.

Petitioners allege amicable demand at no avail.

**WHEREFORE,** Petitioners, **AARMON D. FENTON and AMORE DANIELLE MINOR,** pray that the defendants be duly cited and served with a copy of this petition and cited to appear and answer same, and that after all legal delay and due proceedings are had, there be judgment rendered in favor of petitioners and against defendants, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest therein from the date of judicial demand until paid and for all costs of these proceedings and;

1.    In favor of petitioners, **AARMON D. FENTON and AMORE DANIELLE MINOR,** and against defendants, **GREAT WEST CASUALTY COMPANY, GULF INTERMODAL SERVCIES, LLC and/or IMC HOLDING, LLC, AND JEREMY PIERCE,** jointly and in solido, for such damages as are reasonable in the premises; and

2.    In favor of petitioners, **AARMON D. FENTON and AMORE DANIELLE MINOR,** and against defendants, **GREAT WEST CASUALTY COMPANY, GULF INTERMODAL SERVICES, LLC and/or IMC HOLDING, LLC, AND JEREMY PIERCE,** jointly and in solido, for legal interest from the date of judicial demand until paid, for all costs of these proceedings, and all other equitable and general relief.

**SIGNATURE ON FOLLOWING PAGE**



Certified True and
Correct Copy
CertID: 2022082600408

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM

RESPECTFULLY SUBMITTED:

**GAUTHIER AMEDEE, APLC**
2111 S. Burnside Avenue
Gonzales, Louisiana 70737
Telephone: (225) 647-1300
Facsimile: (225) 647-1375

ANDRE P. GAUTHIER, BAR ROLL #21294
LEE J. AMEDEE, III, BAR ROLL #24278

**PLEASE SERVE THE FOLLOWING:**

**GREAT WEST CASUALTY COMPANY**
*Through Its Agent for Service of Process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

**GULF INTERMODAL SERVICES, LLC**
*Through their Agent for Service of Process:*
Registered Agent Solutions, Inc.
3867 Plaza Tower Drive, 1st Floor
Baton Rouge, Louisiana 70816

**IMC HOLDING, LLC** *(Served via Louisiana Long Arm Service)*
*Through their Agent for Service of Process:*
Registered Agent Solutions, Inc.
992 Davidson Drive, Suite B
Nashville, Tennessee 37205-1051

**JEREMY PIERCE** *(Served via Louisiana Long Arm Service)*
8115 Torrey Lane
Semmes, AL 36575

Certified True and
Correct Copy
CertID: 2022082600408

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
8/26/2022 11:57 AM



**GAUTHIER AMEDEE** APLC

**PERSONAL INJURY LAW**

2111 S. Burnside Avenue
Gonzales, LA 70737
PH 225-647-1700
FX 225-647-1375

**GoToBat.com**

Andre P. Gauthier
Lee "Jody" Amedee III
Thomas J. Kliebert III
Landon P. Gauthier
Maci Gauthier

September 29, 2022

East Baton Rouge Parish
Clerk of Court
Post Office Box 1991
Baton Rouge, LA 70821

> **RE:** **Aarmon D. Fenton, et al. Vs. Great West Casualty Company, et al.**
> **Suit No. 722,689, Sec. "26", 19th JDC, Parish of East Baton Rouge**

Dear Clerk:

Enclosed please find an original and one copy of the Acceptance of Service Affidavit for the defendant, Jeremy Pierce, in regard to the above referenced matter. Please file the original and return the stamped filed copy to us in the self addressed envelope I have enclosed.

It is our understanding there is enough money in suit to cover the costs of this request. Should you need anything additional, please contact our office.

With kind regards, I remain,

Very truly yours,

**GAUTHIER AMEDEE**
**A Professional Law Corporation**

Krystal Carpenter
Legal Assistant to LEE J. AMEDEE, III

kc
enclosures - as stated above

cc:    Michael Remondet, Jr. - Via E-mail ONLY: MikeR@jeanrem.com

AARMON D. FENTON AND            SUIT NO. C-722689    SECTION "26"
AMORE DANIELLE MINOR

VERSUS                          19TH JUDICIAL DISTRICT COURT

GREAT WEST CASUALTY COMAPNY,    PARISH OF EAST BATON ROUGE
GULT INTERMODAL SERVICES, LLC
AND/OR IMC HOLDING, LLC,
AND JEREMY PIERCE               STATE OF LOUISIANA

---

## ACCEPTANCE OF SERVICE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for

the Parish of Ascension, State of Louisiana, personally came and appeared:

### KRYSTAL CARPENTER

who after being duly sworn and deposed did say that:

On September 12, 2022, she served a certified copy of the citation and Petition for Damages

in this action under the Louisiana Long Arm Statute, R.S. 13:3201, pursuant to Section 3204 of Title

13, by mailing them to the defendant, Jeremy Pierce, by registered mail, return receipt requested,

properly addressed and postage prepaid;  that on or about September 26, 2022, the citation and

Petition for Damages were delivered and received by defendant;  that he received the postal receipt

attached hereto, indicating that same had been delivered to defendant.

KRYSTAL CARPENTER,
Legal Assistant to Lee J. Amedee, III
*Attorney for Plaintiffs, Aarmon D. Fenton and Amore Danielle Minor*

SWORN TO AND SUBSCRIBED
before me, Notary Public,
this ____ day of September, 2022.

NOTARY PUBLIC

Cynthia S. Hales, Notary Public
Notary #61881

EAST BATON ROUGE PARISH
Filed Sep 26, 2022 2:12 PM
Deputy Clerk of Court

C-722689
26



**GAUTHIER AMEDEE** APLC

**PERSONAL INJURY LAW**

2111 S. Burnside Avenue
Gonzales, LA 70737
PH 225-647-1700
FX 225-647-1375

**GoToBat.com**

Andre P. Gauthier
Lee "Jody" Amedee III
Thomas J. Kliebert III
Landon P. Gauthier
Maci Gauthier

September 20, 2022

East Baton Rouge Parish
Clerk of Court
Post Office Box 1991
Baton Rouge, LA 70821

RECEIVED
SEP 3 0 2022
BY:

RE:     **Aarmon D. Fenton, et al. Vs. Great West Casualty Company, et al.**
        **Suit No. 722,689, Sec. "26", 19ᵗʰ JDC, Parish of East Baton Rouge**

Dear Clerk:

Enclosed please find an original and one copy of the Acceptance of Service Affidavit for the defendant, IMC Holding, LLC through Registered Agent Solutions, Inc., in regard to the above referenced matter. Please file the original and return the stamped filed copy to us through our runner.

It is our understanding there is enough money in suit to cover the costs of this request. Should you need anything additional, please contact our office.

With kind regards, I remain,

Very truly yours,

**GAUTHIER AMEDEE**
**A Professional Law Corporation**

Krystal Carpenter
Legal Assistant to LEE J. AMEDEE, III

kc
enclosures - as stated above

Scanned

Date:_____

EAST BATON ROUGE PARISH
Filed Sep 26, 2022 2:12 PM
Deputy Clerk of Court

C-722689
26

AARMON D. FENTON AND
AMORE DANIELLE MINOR

SUIT NO. C-722689    SECTION "26"

VERSUS

19TH JUDICIAL DISTRICT COURT

GREAT WEST CASUALTY COMAPNY,
GULT INTERMODAL SERVICES, LLC
AND/OR IMC HOLDING, LLC,
AND JEREMY PIERCE

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

## ACCEPTANCE OF SERVICE

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified in and for

the Parish of Ascension, State of Louisiana, personally came and appeared:

### KRYSTAL CARPENTER

who after being duly sworn and deposed did say that:

On August 31, 2022, she served a certified copy of the citation and Petition for Damages in

this action under the Louisiana Long Arm Statute, R.S. 13:3201, pursuant to Section 3204 of Title

13, by mailing them to the defendant's registered agent, IMC Holding, LLC c/o Registered Agent

Solutions, Inc., by registered mail, return receipt requested, properly addressed and postage prepaid;

that on September 6, 2022, the citation and Petition for Damages were delivered and received by

defendant; that an individual with Registered Agent Solutions, Inc. received the postal receipt

attached hereto, indicating that same had been delivered to defendant.

KRYSTAL CARPENTER,
Legal Assistant to Lee J. Amedee, III
*Attorney for Plaintiffs, Aamon Fenton and Amore Minor*

SWORN TO AND SUBSCRIBED
before me, Notary Public,
this ____ day of September, 2022.

NOTARY PUBLIC

E:\Shared\DOC\Personal Injury\Fenton, Aarmon & M

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IMC Holding, LLC
c/o Registered Agent Solutions, Inc.
992 Davidson Dr. Ste. B
Nashville, TN 37205

9590 9402 6556 1028 2128 37

2. Article Number (Transfer from service label)

7019 0640 0001 0383 3654

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name)    C. Date of D
L. Albert              9 C---

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED
SEP 13 2022
BY:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Expre
☐ Registered Mail™
☐ Registered Mail R
    Delivery
☐ Signature Confirm
☐ Signature Confirm
    Restricted Delivery

9/13/22